# Court of Appeals
# of the State of Georgia

ATLANTA,  February 21, 2024

*The Court of Appeals hereby passes the following order:*

## A24A0908. POPPELL et al. v. CARDINAL HEALTH, INC. et al.

Appellants have filed a motion to transfer this appeal to the Georgia Supreme Court because Appellees, who consent to the transfer, have filed a cross-appeal in the Supreme Court that challenges the constitutionality of a statute. As Appellants note, because the Supreme Court has exclusive appellate jurisdiction over the constitutional question raised in the cross-appeal, it would also have jurisdiction to consider this appeal. See *Metro Atlanta Task Force for the Homeless v. Ichthus*, 298 Ga. 221, 223 (780 SE2d 311) (2015) (once Supreme Court's jurisdiction is invoked, it may consider appeals and cross-appeals of other rulings in the case); *Drake v. Chesser*, 230 Ga. 148, 150 (196 SE2d 137) (1973) (case transferred to Supreme Court when cross-appeal challenged the constitutionality of a statute). Accordingly, the motion is granted and the above-styled case is hereby transferred to the Georgia Supreme Court.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  02/21/2024

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.